UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VOGEL NEWSOME                                                              PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:07CV99TSL-LRA

MELODY CREWS, ET AL.                                                     DEFENDANTS


CONSOLIDATED WITH

VOGEL NEWSOME                                                              PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:07CV560TSL-LRA

MELODY CREWS, ET AL.                                                     DEFENDANTS


## JUDGMENT

In accordance with the memorandum opinion and order entered this date, it is hereby ORDERED AND ADJUDGED that the complaint in Newsome I is dismissed without prejudice and that the complaint in Newsome II is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 1st day of December, 2008.


                                          _/s/ Tom S. Lee
                                          UNITED STATES DISTRICT JUDGE